UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
BAPTIST MEMORIAL HOSPITAL,              )
                                        )
            Plaintiff,                  )
                                        )
      v.                                )      Civil Action No. 02-1919 (PLF)
                                        )
CHARLES E. JOHNSON,                     )
  Acting Secretary, United States Department of )
  Health and Human Services,            )
                                        )
            Defendant.[1]               )
_____)

## ORDER

For the reasons set forth in the Opinion issued this same day, it is hereby

ORDERED that plaintiff's Motion for Discovery [33] is DENIED; it is

FURTHER ORDERED that defendant's Motion to Dismiss [30] is GRANTED;

and it is

FURTHER ORDERED that plaintiff's Motion for Summary Judgment [38] is

DENIED as moot.  This case is DISMISSED for lack of jurisdiction.  The Clerk of this Court

shall remove this case from the docket of this Court.  This is a final appealable order.  See FED.

R. APP. P. 4(a).

            SO ORDERED.


                                   __/s/_____
                                   PAUL L. FRIEDMAN
                                   United States District Judge

DATE: March 25, 2009

_____

[1]      The Court has substituted Acting Secretary Charles E. Johnson as defendant
pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.